IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3016 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FERNANDO ARELLANO-BEDOLLA, | )IN RE: GERARDO ARELLANO-LEDEZMA | |
| | ) | |
| Defendant. | ) | |

    The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

    **IT THEREFORE HEREBY IS ORDERED** that John S. Berry is appointed as attorney of record for the above-named material witness.

    **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

    **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the material witness's attorney.

    DATED March 26, 2009.

                                              BY THE COURT

                                              s/ *David L. Piester*
                                              David L. Piester
                                              United States Magistrate Judge