IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO ARELLANO-BEDOLLA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The government has filed a motion to release a material witness, Gerardo Arellano-Ledezma, from the custody of the United States Marshall Service, and requests an order returning this material witness to the custody of Immigration & Customs Enforcement for further deportation proceedings. Filing No. 53. Gerardo Arellano-Ledezma has been deposed, and the deposition transcript has been reviewed and determined to be correct. Counsel for the defendant, Fernando Arellano-Ledezma, has verbally advised the court that he does not object to the government's motion to release Gerardo Arellano-Ledezma from his arrest and detention as a material witness.

IT IS ORDERED:

1) The government's motion to release Gerardo Arellano-Ledezma from the custody of the United States Marshal Service under a material witness warrant, (filing no. 53), is granted.

2) The United States Marshal Service is directed to return Gerardo Arellano-Ledezma to the custody of Immigration & Customs Enforcement.

DATED this 6th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge