IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:09CR3016 |
| ) | |
| FERNANDO ARELLANO-BEDOLLA, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

THIS MATTER comes before this Court on defendant's Motion to Continue Deadline for Filing his Sentencing Statement and any Downward Departure/Variance Motions and supporting brief, filing 64.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Sentencing Statement and Downward Departure/Variance Motions with supporting brief no later than Wednesday, October 28, 2009.

Dated October 21, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge