UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3016 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| FERNANDO ARELLANO-BEDOLLA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 17th day of November, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 21, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts II and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in one (1) Soprano RS Tower Computer, serial number 86178057000023, one (1) Hitachi Deskstar Hard drive, serial number R223L2TL, one (1) Hitachi Deskstar Hard drive, serial number R8CYPKZN, two Compact Disks labeled LS Models, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on August 25, 2009, as required

by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on October 29, 2009 (Filing No.___ ).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the one (1) Soprano RS Tower Computer, serial number 86178057000023, one (1) Hitachi Deskstar Hard drive, serial number R223L2TL, one (1) Hitachi Deskstar Hard drive, serial number R8CYPKZN, two Compact Disks labeled LS Models, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, held by any person or entity, is hereby forever barred and foreclosed.

C.  The one (1) Soprano RS Tower Computer, serial number 86178057000023, one (1) Hitachi Deskstar Hard drive, serial number R223L2TL, one (1) Hitachi Deskstar Hard drive, serial number R8CYPKZN, two Compact Disks labeled LS Models, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, be, and the same hereby is, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

Dated November 17, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge