IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3016 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDO ARELLANO-BEDOLLA, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 17th day of December, 2009, this matter comes on before the Court upon the Plaintiff's Motion to amend the Final Order of Forfeiture dated November 17, 2009. The Court, being duly advised of the premises, finds as follows:

1. The Plaintiff's Motion shall be sustained.

2. This Court's Final Order of Forfeiture is hereby amended to reflect the Immigration and Customs Enforcement is the agency responsible for disposing of the computer equipment. All other provisions of the Final Order of Forfeiture remain in full force and effect.

IT IS SO ORDERED.

Dated December 17, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge